IN THE SUPREME COURT OF THE STATE OF NEVADA

NICHOLAS JAMES AMATRONE,
                Appellant,
        vs.
STATE FARM FIRE AND CASUALTY;
STATE FARM INSURANCE AGENCY;
GREGORY A. MOORE; BELFOR
RESTORATION; DOUGLAS WOOD;
ROBIN SINGER; WILLIAMS
ELECTRICS; AND ROBERT
AMATRONE,
                Respondents.

No. 70660

**FILED**

AUG 2 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
      DEPUTY CLERK

*ORDER DISMISSING APPEAL*

    This is a pro se appeal from an order granting appellant's motion for a jury trial and denying appellant's motion to add defendants. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.

    Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals two jurisdictional defects. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a motion to add defendants.

    In addition, it appears that appellant is not an aggrieved party with standing to appeal from that portion of the order granting appellant's motion for a jury trial. *See* NRAP 3A(a); *Valley Bank of Nevada v.*

SUPREME COURT
OF
NEVADA

(O) 1947A

16-25913

*Ginsburg*, 110 Nev. 440, 874 P.2d 729 (1994). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc:  Hon. Gloria Sturman, District Judge
     Nicholas James Amatrone
     Ames & Ames, LLP
     Kravitz, Schnitzer & Johnson, Chtd.
     Armstrong Teasdale, LLP/Las Vegas
     Morris Polich & Purdy, LLP/Las Vegas
     Pecos Law Group
     Eighth District Court Clerk

---

[1]We deny as moot respondent State Farm Fire and Casualty's motion to dismiss, and we deny its request for fees.